3
PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtor HOWELL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANDRE WISHON HOWELL,<br><br><br><br><br>Debtor. | Chapter 13<br>Case No. 23-12841A-13F<br>DC No. PBB-1<br><br>HEARING<br>Date: January 11, 2023<br>Time: 9:30 a.m.<br>Dept: A<br>Ctrm: 11<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721<br><br>HONROABLE JENNIFER E. NIEMANN |

**DEBTOR'S MOTION FOR ORDER EXTENDING
THE BANKRUPTCY STAY**

1

HONORABLE JENNIFER E. NIEMANN:

The Debtor, Andre Wishon Howell, (hereinafter referred to as "Debtor"), hereby moves the court for an Order extending the thirty (30) day bankruptcy stay. This motion is before this court pursuant to 362(c)(3)(B) and (C). Debtor's motion for bankruptcy stay is based on the facets set forth in the Declaration of Andre Wishon Howell and contents herein.

1. Debtor has one pending/failed bankruptcy within the past year.

2. Debtor's previous case was filed on October 31, 2023 as a case under Chapter 13 and assigned case number 23-12361. Debtor's case was voluntarily dismissed due to a lack of feasibility.

3. On December 20, 2023 Debtor filed the above-captioned case to prevent the foreclosure of his residence scheduled for December 26, 2023.

4. Debtor has filed all necessary schedules and his Chapter 13 Plan.

5. Debtor has paid all fees due at the time her case was filed.

6. Filed concurrently herewith as Exhibit "A" is a copy of Debtor's filed Schedule I with Business Income and Expense worksheet and Schedule J which reflect Debtor's income and expenses.

7. Line 23c of Schedule J reflects that Debtor has $5,502.67 disposable, enough to make his plan payment of $5,500.00.

8. Filed concurrently herewith as Exhibit "B" is a copy of Debtor's proposed Chapter 13 Plan which sets forth the terms of their Plan. Debtor's plan provides for payment of Debtor's 1st Deed of Trust in Class 1 of the Plan, secured tax liens, priority taxes, three percent to unsecured creditors, and attorney fees.

/ / /

9. No motions for relief from automatic stay were filed in Debtor's prior case.

WHEREFORE, debtors pray for an Order Granting Motion for Extension of Bankruptcy Stay.

Dated:　DEC 2 1 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Peter B. Bunting
　　　　　　　　　　　　　　　　　　　　　　　　PETER B. BUNTING
　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s) Attorney

3