PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtor HOWELL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>ANDRE WISHON HOWELL,<br><br><br><br><br>Debtor. | Chapter 13<br>Case No. 23-12841A-13F<br>DC No. PBB-1<br><br>HEARING<br>Date: January 11, 2023<br>Time: 9:30 a.m.
Dept: A
Ctrm: 11
United States Bankruptcy Court
2500 Tulare Street
Fresno, California 93721<br><br>**HONORABLE JENNIFER E. NIEMANN** |

### NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER EXTENDING THE BANKRUPTCY STAY

**PLEASE TAKE NOTICE** that the debtor in the above captioned Chapter 13 case, by and through his attorney, Peter B. Bunting, has filed a motion to extend the bankruptcy stay. A hearing on debtor's motion will be held on January 11, 2023 at 9:30 a.m. in the United States Bankruptcy Court, 2500 Tulare Street, Department A, Courtroom 11, Fresno, California 93721.

NOTICE IS ALSO GIVEN that this motion is being heard on 14 days' notice. No written opposition is required. Anyone wishing to oppose the motion can do it on the date and time of the hearing as referenced above by one of the following methods:

(1) IN PERSON (Fresno hearings only) (2) via ZOOMGOV VIDEO, (3) via ZOOMGOV TELEPHONE, and (4) via COURTCALL. You may choose any of these options unless otherwise ordered. To appear via zoom gov video or zoom gov telephone for law and motion or status conference proceedings, you must comply with the following new guidelines and procedures:

1. Review the Pre-Hearing Dispositions prior to appearing at the hearing.

2. Review the court's Zoom Policies and Procedures for these and additional instructions.

3. Parties appearing through CourtCall are encouraged to review the CourtCall Appearance Information.

Anyone interested in attending the hearing can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing disposition prior to the hearing.

Dated: DEC 21 2023

_____
PETER B. BUNTING
Debtor(s) Attorney

2