3
PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtor HOWELL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>ANDRE WISHON HOWELL,<br><br><br><br><br><br><br><br>Debtor. | Chapter 13<br>Case No. 23-12841A-13F<br>DC No. PBB-1<br><br>HEARING<br>Date:   January 11, 2023<br>Time: 9:30 a.m.<br>Dept: A<br>Ctrm: 11<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721<br><br>HONORABLE JENNIFER E. NIEMANN |

**DECLARATION OF ANDRE WISHON HOWELL IN SUPPORT OF MOTION FOR ORDER EXTENDING THE BANKRUCPTUY STAY**

1

I, Andre Wishon Howell, declare:

1. I am an adult person over the age of eighteen (18) years, competent to testify about the matters set forth herein. I make this declaration of my personal knowledge and if called upon to testify, I could competently testify to the facts stated herein.

2. I am the Debtor in the above-entitled Chapter 13 case filed on December 21, 2023.

3. I have one pending/failed bankruptcy within the past year.

4. I filed my previous case, number 23-12361, with the assistance of attorney Benny D. Barco. I filed a voluntary dismissal of that case because the Plan proposed by my attorney included repayment of PHH Mortgage, the lender secured by my parent's property. The payments proposed were unfeasible.

5. I filed this above-captioned case to stop the foreclosure sale of my residence scheduled for December 26, 2023.

6. I have paid all fees due at the time of my filing.

7. I have filed all necessary schedules and my Chapter 13 Plan.

8. I have provided to my attorney all documents required by the Trustee. I am informed and believe my attorney will forward my required documents to the Trustee on my behalf.

9. Filed concurrently herewith as Exhibit "A" is a copy of my Schedule I with Business Income and Expense worksheet and Schedule J. My income is from self-employment. Schedule I and J are a reflection of my anticipated income and expenses.

10. Line 23c of Schedule J reflects that I have $5,502.67 disposable, enough to make my plan payment of $5,500.00.

11. I believe I can pay my required plan payment and I intend on completing my Plan.

12. Filed concurrently herewith as Exhibit "B" is a copy of my proposed Chapter 13 Plan which provides for the following payments through my Plan: my 1st Deed of Trust to be paid in Class 1, secured taxes, priority taxes, three percent to unsecured creditors and attorney fees.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Dated:

**DEC 2 1 2023**

_____
ANDRE WISHON HOWELL