PETER B. BUNTING #124104
Attorney at Law
2304 W. Shaw Ave Ste 103
Fresno CA 93711
559-226-4030
info@peterbbuntinglaw.com

Attorney for: HOWELL

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re:<br>ANDRE WISHON HOWELL,<br><br>Debtor(s) | **Bankruptcy Case No.:** 2023-12841A-13F<br>**Docket Control Number:** PBB-1<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date: January 11, 2024<br>Hearing Time: 9:30 a.m.<br>Location: 2500 Tulare St Rm 11 Fresno 93721<br>Judge: Honorable Jennifer E. Niemann |
|---|---|
| v.<br><br>Plaintiff(s)<br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

## CERTIFICATE OF SERVICE OF
## MOTION TO EXTEND THE BANKRUPTCY STAY

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status.** I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is Peter B. Bunting_____ and my ☑ business address **or** ☐ mailing address if not a business is:

   2304 W. Shaw Ave #103 Fresno CA 93711_____.

3. **About the Case/Proceeding.** *(Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.*)*

| | |
|---|---|
| ☐ **Chapter 7 case** *(indicate below if subject to limited noticing; check all that are applicable.)* | ☑ **Chapter 12 or 13 case** *(indicate below if subject to limited noticing; check all that are applicable.)* |
| ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)* | ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7. |
| ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5). | ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3). |
| ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____. |
| ☐ **Chapter 9 case** *(indicate below if subject to limited noticing)* | ☐ **Chapter 11 case** *(indicate below if subject to limited noticing)* |
| ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4. |
| | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |
| ☐ **Chapter 15 case** | ☐ **Adversary Proceeding** |

4. **About the Documents Served**
   On December 22_____, 20 23__, by the method(s) specified below, the following documents were served *(list in space provided)*:
   1. Notice of Hearing on Debtor's Motion for Order Extending the Bankruptcy Stay
   2. Debtor's Motion for Order Extending the Bankruptcy Stay
   3. Declaration of Andrew Wishon Howell in Support of Motion for Order Extending the Bankruptcy Stay
   4. Exhibits in Support of Motion for Order Extending the Bankruptcy Stay

   **or** ☐ those documents described in the list appended hereto and numbered ***Attachment 4.***

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

| | |
|---|---|
| ☐ Debtor(s) | ☐ All creditors and parties in interest (Notice of Hearing only) |
| ☐ Debtor's attorney(s) | ☐ Only creditors that have filed claims (Notice of Hearing only) |
| ☑ Trustee | ☑ All creditors and parties in interest |
| ☑ U.S. Trustee | ☐ Fewer than all creditors *(check at least one below)* |
| ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter. | ☐ Creditors that have filed claims |
| | ☐ Creditors holding allowed secured claims |
| ☐ Plaintiff(s) | ☐ Creditors holding allowed priority unsecured claims |
| ☐ Defendant(s) | ☐ Creditors holding leases or executory contracts that have been assumed |
| ☐ All committee members | |
| ☐ Attorney for committee members | ☐ 20 largest creditors |
| ☐ Equity security holders | ☐ Administrative claimants |
| ☐ Persons who have filed a Request for Notice | ☒ Other party(ies) in interest |

6. **How Service is Accomplished**

   A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

      1. ☐ **First Class Mail**

         Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1.***

      2. ☐ **Certified Mail**

         Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2.***

      3. ☐ **Publication**

         Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3.***

   B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

      1. ☐ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

         Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1.***

      2. ☑ **U.S. Mail**

         Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

         a. **Parties in interest**

            ☑ **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

            ☐ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

         b. ☐ **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3.***

         c ☒ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4.***

      3. ☐ **Other Methods of Service**

         Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5.***

7.   **Who Accomplished Service**

   A.   **Attorney/Trustee** *(Check as many as apply)*
   **Rule 7004 Service**
   ☐ § 6A(1): First Class Mail
   ☐ § 6A(2): Certified Mail
   ☐ § 6A(3): Publication

   **Rule 5 Service**
   ☐ § 6B(1): Elec. Service on Registered e-Filers
   ☑ § 6B(2)(a): U.S. Mail
   ☐ § 6B(2)(b): Request for Special Notice
   ☒ § 6B(2)(c): Other Parties in Interest § 5
   ☐ § 6B(3): Other Methods of Service

   B.   **Third Party Service Provider** *(Check as many as apply)*
   **Rule 7004 Service**
   ☐ § 6A(1): First Class Mail
   ☐ § 6A(2): Certified Mail
   ☐ § 6A(3): Publication

   **Rule 5 Service**
   ☐ § 6B(1): Elec. Service on Registered e-Filers
   ☐ § 6B(2)(a): U.S. Mail
   ☐ § 6B(2)(b): Request for Special Notice
   ☐ § 6B(2)(c): Other Parties in Interest § 5
   ☐ § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members):*

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20_____, at Fresno_____ CA_____.
                                                    City                                  State

Martha L. Garcia_____              _____
Print Name                                   Signature

**Third Party Service Provider** (if applicable):

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20_____, at _____.
                                                    City                                  State

_____              _____
Name                                         Signature

_____
Company Name

_____
Address

_____
City             State       Zip Code

```
Label Matrix for local noticing      Peter B. Bunting                  Andre Wishon Howell
0972-1                               2304 W Shaw Ave Ste 103           6136 E Church Ave
Case 23-12841                        Fresno, CA 93711-3423             Fresno, CA 93727-6722
Eastern District of California
Fresno
Fri Dec 22 09:41:25 PST 2023

Michael H. Meyer                     Office of the U.S. Trustee        End of Label Matrix
PO Box 28950                         United States Courthouse          Mailable recipients    4
Fresno, CA 93729-8950                2500 Tulare Street, Room 1401     Bypassed recipients    0
                                     Fresno, CA 93721-1326             Total                  4
```

Andre Wishon Howell

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

First National Bank/Legacy
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

First PREMIER Bank
Attn: Bankruptcy
3820 N Louise Ave
Sioux Falls, SD 57107

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Galaxy International Purchasing LLC
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lending Club
71 Stevenson St Ste 300
San Francisco, CA 94105

Lending Club Bank, N.A.
c/o Vanessa Thomas, Esq.
RAUSCH STURM LLP
250 N Sunnyslope Rd Ste 300
Brookfield, WI 53005

Leslie Ray Howell, Sr.
1127 S Sunnyside Ave
Fresno, CA 93727

Merrick Bank
Attn: Card Services
Po Box 9201
Old Bethpage, NY 11804

Midland Credit Management
350 Camino De La Reina Ste 100
San Diego, CA 92108

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

OneMain Financial
PO Box 3251
Evansville, IN 47731

PHH Mortgage
Po Box 5452
Mt Laurel, NJ 08054

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Transworld System Inc
Attn: Bankruptcy
Po Box 15630
Wilmington, DE 19850

United States Attorney
For Internal Revenue Service)
2500 Tulare Street # 4401
Fresno, CA 93721

```
United States Department of Justice
Civil Trial Section Western Region
Box 683 Franklin Station
Washington, DC 20044

Upgrade Inc Issued by Crossriver Bank
275 Battery St 23rd Fl
San Francisco, CA 94111

Velocity Investments LLC
1800 Route 34 North Bldg 3 Ste 305
Wall, NJ 07719

Velocity Investments LLC
c/o Bryant Burnstad, Esq.
RESURGENCE LEGAL GROUP
10805 Holder St Ste 167
Cypress, CA 90630
```