**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Andre Wishon Howell,<br>        Debtor. | ) Case No. 23-12841 - A - 13<br>) Docket Control No. PBB-1<br>) Document No. 8<br>) Date: 01/11/2024<br>) Time: 9:30 AM<br>) Dept: A |

**Order**

For the reasons stated on the record and as set forth in the court's minutes, docket number 25,

IT IS ORDERED that the respondents' defaults are entered, and the motion to extend automatic stay is GRANTED. The automatic stay is extended for all purposes as to all parties who received notice, unless terminated by further order of this court.

Dated: January 11 2024

Honorable Jennifer E. Niemann
United States Bankruptcy Judge